AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-mj158 |
| Luke Hoffman | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Date Assigned: 7/7/2023 |
| | ) Description: Complaint with Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Luke Hoffman__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: __07/067/2023__                                      Zia M. Faruqui
                                                           2023.07.07 14:55:55 -04'00'
                                                           *Issuing officer's signature*

City and state: __Washington, D.C.__                        __Zia M. Faruqui, U.S. Magistrate Judge__
                                                           *Printed name and title*

---

### Return

This warrant was received on *(date)* __7/7/23__, and the person was arrested on *(date)* __7/12/23__
at *(city and state)* __Dover, KY__

Date: __7/12/23__
                                                           *Arresting officer's signature*

                                                           __WILLIAM T. SAMAD TFO__
                                                           *Printed name and title*