TERMED

# U.S. District Court
# Eastern District of Kentucky (Covington)
# CRIMINAL DOCKET FOR CASE #: <u>2:23-mj-02559-CJS-1</u>
### *Internal Use Only*

Case title: USA v. Hoffman

Date Filed: 07/12/2023

Other court case number: 23-mj-158 District of Columbia

Date Terminated: 07/14/2023

---

Assigned to: Magistrate Judge
Candace J. Smith

## Defendant (1)

**Luke Hoffman**
*TERMINATED: 07/14/2023*

represented by **Jeffrey William Fichner**
Deters, Fichner & Williams PLLC
6024 Rogers Lane
Burlington, KY 41005
859-586-1900
Email: jeff@dfwfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

None

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Highest Offense Level
## (Terminated)

None

## Complaints

18:231 CIVIL DISORDER

## Disposition

## Disposition

## Disposition

## Plaintiff

**USA**                                                          represented by

1

**Andrew A. Spievack , AUSA**
U.S. Attorney's Office – Ft. Mitchell
207 Grandview Drive
Suite 400
Ft. Mitchell, KY 41017–2762
859–655–3205
Fax: 859–655–3211
Email: Andrew.Spievack@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Eric W. Boylan , AUSA**
U.S. Attorney's Office – Washington, DC
601 D Street N.W.
Washington, DC 20001
202–815–8608
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/12/2023 | 1 | Rule 40/Rule 5(c) Documents as to Luke Hoffman (Attachments: # 1 Affidavit William Samad, # 2 Penalty page)(TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | | Arrest of Luke Hoffman (TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | | Conflict Check run. (TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | 3 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as toLuke Hoffman held on 7/12/2023 before Magistrate Judge Candace J. Smith:Jeffrey Fichner appeared as APPOINTED CJA counsel of record. 1) Jeff Fichner is appointed to represent Defendant for proceedings in this District. 2) Detention Hearing is set for Friday, 7/14/2023 at 9:00 a.m. before Magistrate Judge Candace J. Smith. 3) Defendant is remanded to the custody of USM. (Tape #KYED–COV__2–23–mj–2599–CJS_20230712_130642.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP, Cov Diary (Entered: 07/12/2023) | |
| 07/12/2023 | 4 | CJA 23 Financial Affidavit by Luke Hoffman (TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | | Set/Reset Hearings as to Luke Hoffman: DETENTION HEARING set for 7/14/2023 at 09:00 AM in COVINGTON before Magistrate Judge Candace J. Smith. (TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | | CJA Case Assignment by Clerk: APPOINTED CJA Attorney Jeffrey William Fichner for Luke Hoffman. cc: COR, USP, USM (TJZ) (Entered: 07/12/2023) | |
| 07/12/2023 | | CJA Appointment of Attorney for Luke Hoffman. The Clerk ENTERED the representation and appointment in the eVoucher system for Jeffrey W. Fichner. (TJZ) (Entered: 07/12/2023) | |
| 07/14/2023 | | | |

| | | |
|---|---|---|
| | | ORAL MOTION: United States request for pretrial detention. (SLG) (Entered: 07/14/2023) |
| 07/14/2023 | 5 | MINUTE ENTRY FOR DETENTION HEARING as to Luke Hoffman held on 07/14/2023 before Magistrate Judge Candace J. Smith: Jeffrey Fincher appeared as APPOINTED CJA counsel of record. Defendant having waived an Identity Hearing, the Court FINDS that Luke Hoffman is the person named in the Criminal Complaint and Arrest Warrant. The United States' oral motion for pretrial detention is DENIED. Defendant is released by this Court on his own personal recognizance and subject to conditions, as set forth in the Appearance Bond and Order Setting Conditions of Release. Defendant knowingly and voluntarily waived his right to a Preliminary Hearing. Defendant shall appear in the District of Columbia. Defendant's next court appearance before the District of Columbia is scheduled for Thursday, July 20, 2023, at 1:00 p.m. (by zoom). Defendant is now requesting that counsel be appointed for him by the Charging District. Defendant is remanded to the custody of the U.S. Marshals Service for his return to the local detention center from which he will be released. (Tape #KYED-COV__2-23-mj-2559-CJS_20230714_090002) Signed by Candace J. Smith. (SLG)cc: COR,USM,USP (Entered: 07/14/2023) |
| 07/14/2023 | 6 | ORDER Setting Conditions of Release as to Luke Hoffman. Signed by Magistrate Judge Candace J. Smith on 07/14/2023. (SLG)cc: COR,USM,USP (Entered: 07/14/2023) |
| 07/14/2023 | 7 | Appearance Bond Entered as to Luke Hoffman. (SLG) (Entered: 07/14/2023) |
| 07/14/2023 | | Terminated defendant in Magistrate Case Luke Hoffman. Case Transferred to District of Columbia, Criminal Case No. 23-MJ-158. (TJZ) (Entered: 07/17/2023) |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Luke Hoffman<br><br><br>――――――――――――――――――――――<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 23-mj158
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned: 7/7/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          Luke Hoffman                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:        07/067/2023

Issuing officer's signature

Zia M. Faruqui
2023.07.07 14:55:55 -04'00'

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

| | |
|---|---|
| This warrant was received on *(date)*   7/7/23   , and the person was arrested on *(date)*   7/12/23 at *(city and state)*   Dover Ky   . | |

Date:   7/12/23

Arresting officer's signature

William T. Samad   TFO
Printed name and title

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: <u>Luke Hoffman</u>

Known aliases:

Last known residence:     3031 Jacobs Lane Dover, KY 41034

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:     10/14/1983

Social Security number:     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

Height:          Weight:

Sex:          Race:

Hair:          Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:     30939CC0

Complete description of auto:

Investigative agency:     Federal Bureau of Investigation

Investigative agency address:     FBI Louisville Division/Covington RA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Luke Hoffman

Known aliases:

Last known residence:     3031 Jacobs Lane Dover, KY 41034

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:     10/14/1983

Social Security number:     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

Height:                                                          Weight:

Sex:                                                            Race:

Hair:                                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number):*

FBI number:     30939CC0

Complete description of auto:

Investigative agency:     Federal Bureau of Investigation

Investigative agency address:     FBI Louisville Division/Covington RA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable):*

Date of last contact with pretrial services or probation officer *(if applicable):*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON
### Criminal Minutes-Initial Appearance/ Rule 5 Hearing

**Cov. Cr. 23-MJ-2559-CJS**          **AT COVINGTON**          **07/12/2023**

**U.S. vs. LUKE HOFFMAN**                    X Present      X Custody

---

**DOCKET ENTRY:**

1.    United States' oral motion to unseal the case is **GRANTED**.

---

**PRESENT: HON. CANDACE J. SMITH U.S. MAGISTRATE JUDGE**

**Lynn Voskuhl**              KYED-COV   2-23-mj-2599-CJS  20230712  130642
Deputy Clerk                  Audio File Number

I, Lynn Voskuhl, CERTIFY the official record of this proceeding is an audio file.

**Andrew Spievack**
**For Eric Boylan**           **Jeffrey Fichner**          X Present    X Appointed
Assistant U.S. Attorney       Attorney for Defendant

**Also Present**: John D'Alessandro, Sr. U.S. Probation Officer

---

Case called for initial proceedings under Criminal Rule 5 on a Criminal Complaint filed in the District of Columbia. Defendant provided with a copy of the Complaint and arrest warrant. Counsel appointed. Charges and potential penalties reviewed; Defendant confirmed he understands. Defendant informed of his rights. Defendant requests a detention hearing in this District and will inform the Court at that hearing as to the Identity and Preliminary Hearings. Accordingly, having heard from counsel, **IT IS ORDERED** as follows:

1.    **Jeffrey Fichner** is appointed under the Criminal Justice Act to represent Defendant for proceedings in this District, and the charging district will be informed of Defendant's desire to retain counsel in that district.

2.    **Detention Hearing** is set for **Friday, July 14, 2023, at 9:00 a.m.** before the undersigned.

3.    Defendant is remanded to the custody of the U.S. Marshals Service pending his detention hearing.

USA/USPO/USM/COR
Deputy Clerk Init: **LV**
TIC: 30 mins

Signed By:

*Candace J. Smith*

**United States Magistrate Judge**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON
### Criminal Minutes - Detention Hearing

**Cov. Case No.:**       23-MJ-2559                           at <u>COVINGTON</u>                    <u>07/14/2023</u>
**Charging District:**          **District of Columbia**
**Charging District's Case No.:** **23-MJ-158**

**U.S. vs. <u>LUKE HOFFMAN</u>**                                **X** Present   **X** Custody

---

**PRESENT:** <u>**HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**</u>

<u>**Lynn Voskuhl**</u>              <u>**KYED-COV   2-23-mj-2559-CJS   20230714 090002**</u>
Deputy Clerk                Audio File Number

I, Lynn Voskuhl, CERTIFY the official record of this proceeding is an audio file.

**Andrew Spievack**
<u>**for Eric Boylan**</u>              <u>**Jeffrey Fincher**</u>              **X** Present   **X** Appointed
Assistant U.S. Attorney        Attorney for Defendant

**Also Present:** John D'Alessandro, Sr. U.S. Probation Officer

---

**PROCEEDINGS:    DETENTION HEARING**

Case called for scheduled Detention Hearing, as well as for the Court to hear further from the Defendant as to his right to an Identity Hearing and Preliminary Hearing.

Defendant knowingly and voluntarily waived an Identity Hearing in this District.

Proceeding with the Detention Hearing, the parties confirmed receipt of the Pretrial Services Report and offered any changes or corrections to that report. The United States informed it continues to seek Defendant's pretrial detention. Each side presented by proffer for the Detention Hearing, at the conclusion of which Defendant was ordered released.

As for his right to a Preliminary Hearing, Defendant knowingly and voluntarily waived his right to a preliminary hearing both in this District and the District of Columbia. Defendant informed of his next proceeding before the District of Columbia, which next proceeding is also noted on the Order setting his bond conditions. Finally, although Defendant indicated at his Initial Appearance that he plans to retain counsel for proceedings in the District of Columbia, as set forth in those minutes, he informed at today's proceeding that he now requests to have counsel appointed for him for further proceedings before that Court if he financially qualifies; the District of Columbia will be notified accordingly.

After hearing from the parties, **IT IS ORDERED** as follows:

1.    Defendant having waived an Identity Hearing, the Court FINDS that **Luke Hoffman** is the person named in the Criminal Complaint and Arrest Warrant, a copy of which has been produced.

5

2.    The United States' oral motion for pretrial detention is DENIED, for the reasons stated on the record.

3.    Defendant is released by this Court on his own personal recognizance and subject to conditions, as set forth in the Appearance Bond and Order Setting Conditions of Release to be filed contemporaneously with these minutes.

4.    Defendant knowingly and voluntarily waived his right to a Preliminary Hearing both before this Court and in the Charging District.

5.    Defendant shall appear in the District of Columbia where the charges are pending to answer those charges.  As stated on his Order Setting Conditions of Release, Defendant's next court appearance before the District of Columbia is scheduled for **Thursday, July 20, 2023, at 1:00 p.m. (by zoom),** the details for which will be provided to him by the Pretrial Officer.

6.    Defendant is now requesting that counsel be appointed for him by the Charging District.

7.    Defendant is remanded to the custody of the U.S. Marshals Service for his return to the local detention center from which he will be released.

Signed By:

*Candace J. Smith*

**United States Magistrate Judge**

USPO/USM/COR
Deputy Clerk Init. **LV**
TIC:  57 mins.

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

~~Eastern District of Kentucky~~
**FILED**

**JUL 1 4 2023**

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| _Luke Hoffman_ | ) | Case No. 2:23-2559MJ |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  United States Courthouse, _District of Columbia_
Place

_for initial appearance by Zoom on July 20, 2023 at 1:00_
on _as directed/scheduled_                                                                _p.m._
Date and Time

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

7

AO 199B  (Rev. 10/20) Additional Conditions of Release                                                                                    Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization  _____

Address *(only if above is an organization)*  _____

City and state  _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____

                              *Custodian*                                                      *Date*

(☒)  (7)  The defendant must:

(☒)  (a)  submit to supervision by and report for supervision to the   United States Probation Office, Covington, Kentucky  ,

telephone number  _____ , no later than  As Directed  .

(☒)  (b)  continue or actively seek employment.

(☐)  (c)  continue or start an education program.

(☐)  (d)  surrender any passport to:  _____

(☐)  (e)  not obtain a passport or other international travel document.

(☒)  (f)  abide by the following restrictions on personal association, residence, or travel:  *Travel permitted in Eastern District of Kentucky, Southern District of Ohio, and District of Columbia. All other to be approved by*

(☒)  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, *US Probation*

Including,  but not limited to, any and all co-defendants or potential co-defendants, except in the presence of counsel.

(☐)  (h)  get medical or psychiatric treatment:  _____

(☐)  (i)  return to custody each  _____  at  _____  o'clock after being released at  _____  o'clock for employment, schooling,

or the following purposes:  _____

(☐)  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(☒)  (k)  not possess a firearm, destructive device, or other weapon.

(☒)  (l)  not use alcohol (  ☐  ) at all (  ☐  ) excessively.

(☐)  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(☐)  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(☐)  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(☐)  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  Curfew. You are restricted to your residence every day (  ☐  ) from  _____  to  _____ , or (  ☐  ) as directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

(☐)  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

( ☐ )  (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☐ )  (ii)   Voice Recognition; or

( ☐ )  (iii)  Radio Frequency; or

( ☐ )  (iv)  GPS.

(☐)  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☒)  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☐)  (t)  _____

8

AO 199C (Rev. 09/08) Advice of Penalties                                               Page __3__ of __3__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___7/14/23___          _____
                                             *Judicial Officer's Signature*

                         Honorable Candace J. Smith, U.S. Magistrate Judge
                                    *Printed name and title*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

9

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
*Eastern* District of *Kentucky*

Eastern District of Kentucky
FILED

JUL 14 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| *Luke Hoffman* | ) Case No. *2:23-2559M* |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, *Luke Hoffman* _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) · to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( ) (3) This is a secured bond of $ _____ , secured by:

( ) (a) $ _____ , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond:* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

10

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: __7/14/23__

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

Date: __7/14/23__

Approved.

Date: __7/14/23__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Judge's signature

11